1   KATESSA C. DAVIS, CA Bar No. 146922
    katessa.davis@ogletreedeakins.com
2   KATHLEEN J. CHOI, CA Bar No. 284428         JS-6
    kathleen.choi@ogletreedeakins.com
3   OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
4   400 South Hope Street, Suite 1200
    Los Angeles, CA  90071
5   Telephone:   213.239.9800
    Facsimile:    213.239.9045
6
    Attorneys for Defendant
7   TEAM INDUSTRIAL SERVICES, INC.

8                **UNITED STATES DISTRICT COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10

11   CARLA MOORE, an individual,         Case No. 2:16-cv-01855-R-JPRx

12           Plaintiff,          **ORDER APPROVING  JOINT**
                         **STIPULATION FOR DISMISSAL OF**
13       v.                **ENTIRE ACTION WITH PREJUDICE**

14   TEAM INDUSTRIAL SERVICES,    [Fed.R.Civ.P. 41(a)(1)(A)(ii)]
    INC., a corporation; and DOES 1
15   through 10, inclusive,         Complaint Filed: March 17, 2016
                         Trial Date:         January 3, 2017
16         Defendants.       District Judge:     Hon. Manuel L. Real
                         Magistrate Judge:Hon. Jean P. Rosenbluth
17

18

19

20

21

22

23

24

25

26

27

28

                                        Case No. 2:16-cv-01855-R-JPRx

1    The Joint Stipulation for Dismissal ("Stipulation") was submitted by Plaintiff

2 CARLA MOORE ("Plaintiff") and Defendant TEAM INDUSTRIAL SERVICES,

3 INC. ("Defendant") to the above-captioned Court, the Honorable Manuel L. Real,

4 United States District Judge, presiding.  A true and correct copy of the Stipulation is

5 attached hereto as Exhibit "A."

6    The Court, having read and considered the Stipulation, and good cause

7 appearing therefore,

8    **IT IS HEREBY ORDERED** that the Stipulation is approved and the entire

9 action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each

10 party shall bear its own attorneys' fees and costs.

11

12    **IT IS SO ORDERED.**

13

14 DATED:  November 28, 2016          By: _____

15                                             Hon. Manuel L. Real
                                             United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

Moore-[Prop.]
Order Approving Jt.

Case No. 2:16-cv-01855-R-JPRx
ORDER APPROVING JT. STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE